IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Zuniga, Carlotta V

Printed: 03/24/09

Case Number: 05 B 04522
Judge: Hollis, Pamela S
Filed: 2/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 6, 2009
Confirmed: June 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,176.00 |  |
| Secured: |  | 3,312.00 |
| Unsecured: |  | 10,587.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,094.00 |
| Trustee Fee: |  | 893.44 |
| Other Funds: |  | 289.18 |
| Totals: | 17,176.00 | 17,176.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,094.00 | 2,094.00 |
| 2. | Internal Revenue Service | Secured | 3,312.00 | 3,312.00 |
| 3. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 7,531.59 | 9,354.43 |
| 5. | Peoples Energy Corp | Unsecured | 69.22 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 259.00 | 321.58 |
| 7. | SBC | Unsecured | 160.85 | 199.68 |
| 8. | Martha Lara | Unsecured | 500.00 | 620.97 |
| 9. | Asset Acceptance | Unsecured | 73.07 | 90.72 |
| 10. | Martha Aquilar | Unsecured |  | No Claim Filed |
| 11. | Maria S Carrillo | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,999.73 | $ 15,993.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 52.08 |
| 5.5% | 191.07 |
| 5% | 56.38 |
| 4.8% | 110.88 |
| 5.4% | 262.47 |
| 6.5% | 150.49 |
| 6.6% | 70.07 |
|  | $ 893.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Zuniga, Carlotta V | Case Number:  05 B 04522 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  2/10/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mach*